**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Tamaria Gillespie, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No.: |
| | ) | |
| Imerys USA, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a), (c), and § 1446, Defendant Imerys USA, Inc. ("Defendant") files this Notice of Removal to the United States District Court for the Northern District of Georgia.  Removal is proper based on the following grounds:

1.     A civil action was filed by Plaintiff on October 17, 2025, and is now pending in the Superior Court of Fulton County, Georgia.  That action appears by the title of *Tamaria Gillespie v. Imerys USA, Inc.* and is designated as Civil Action No. 25-cv-014559 (the "State Court Action").  Plaintiff's Complaint alleges the following causes of action: (1) Race Discrimination in Violations of Title VII and 42 U.S.C. § 1981; (2) Age Discrimination in Employment Act (ADEA); and (3)

Retaliation (Title VII), (4) Hostile Work Environment (Title VII), (5) Falsification of Employment Records and Misrepresentation, (6) Defamation and Breach of Confidentiality (Georgia Law), and (7) Intentional Information of Emotion Distress (Georgia Law).

2.      The state court Summons and Complaint were served on Imerys USA, Inc. on December 16, 2025.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant from the State Court Action are attached hereto as **Exhibit A**.

3.      This Notice of Removal is being filed timely within thirty (30) days after receipt, by Defendant by service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based as required by 28 U.S.C. § 1446(b).

4.      No further proceedings have occurred in the Superior Court of Fulton County, Georgia as of the date of the filing of this Notice.

5.      Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, as this action involves claims that relate to the laws of the United States – specifically, Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. § 2000e et seq.), 42 U.S.C. § 1981, and the Age Discrimination in Employment Act of 1967 (29 U.S.C. §§621

et seq.). (Compl. at ¶¶ II.) Accordingly, the Complaint establishes on its face that Plaintiff's claims are governed by federal law and that this matter is removable to this Court under the Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(a).

6. Written notice of the filing of this Notice of Removal is being served upon Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Fulton County as required by 28 U.S.C. § 1446(d).

7. Venue is proper in this court pursuant to 28 U.S.C. § 1446 in that this district and division embrace the place where the action is pending.

8. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

9. This removal is made without waiver of any defenses or affirmative defenses, including those under Fed. R. Civ. P. 12, or Defendant's right to move for dismissal, on substantive or procedural grounds, of any cause of action asserted in the Complaint.

WHEREFORE, Defendant prays that further proceedings in the Superior Court of Fulton County, Georgia be discontinued and that said Civil Action No. 25-cv-014559 now pending in the Superior Court of Fulton County, Georgia be

- 3 -

removed to the United States District Court for the Northern District of Georgia and that this Court assume full jurisdiction of this action as provided by law.

This 13th day of January, 2026.

**JACKSON LEWIS P.C.**

*/s/ Justin R. Barnes*
Justin R. Barnes
Georgia Bar No. 105220
Lisa MacBeth
Georgia Bar No. 291678
171 17th Street NW
Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Fax: (404) 525-1173
Justin.Barnes@jacksonlewis.com
Lisa.MacBeth@jacksonlewis.com

*Counsel for Defendant*

- 4 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Tamaria Gillespie, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 25-cv-014559 |
| Imerys USA, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **DEFENDANT'S**

**NOTICE OF REMOVAL** was served this 13th day of January, 2026 on Plaintiff

via US Mail to:

> Tamaria Gillespie
> 2504 Summit PKWY SW
> Atlanta, GA 30331
> *Pro Se Plaintiff*

**JACKSON LEWIS P.C.**

*/s/ Justin R. Barnes*
Justin R. Barnes
Georgia Bar No. 105220